To:   The Honorable Attorney General Derick Schmidt

From: Chase Allen Thomas

635 3100 Ave

Abilene KS, 67410

Subject: Pursuant KSA 46-913(a) Claims against the State

Title: 42 U.S. Code 1983 Civil Action for Deprivation of Rights

Title: 5 U.S.C. § 2302(b)(8) Whistle Blower Protection Act from Reprisal

11th Amendment Violations: Multiple Ethics violations to include Theft, Rape, Conspiracy, Entrapment Harassment, Aggressive Targeting, mail tampering and property damage.

Date: 24thAPR2025

CC:   Honorable Jerry Moran

Honorable Governer Kelly,

## FORMAL COMPLAINT AND ISSUANCE OF CIVIL ACTION

For the last 3 years after I reported in case number 21-CV-01101-EFM-GEB, I have been subjected to many different acts of reprisal by the salina drug task force including three vehicles damaged beyond any kind of repair, entrapment, and being subjected to being sexually assaulted to a point that I have had the VA doctor in Topeka take MRI's and I have multiple blown disks resulting from the sexual assault that took place 31MARCH2023 Attached. This was reported on the 4th day of April 2023 at the Salina Police Department. I have made many reports during the last three years that have placed me even further in disability creating a complete loss. Financial, physical, emotional damages that have little hope of ever being repaired.

I am issuing a civil action for deprivation of rights. I have had my mail tampered with to the point that I cannot even have my VA meds delivered to my home. I have found tracking devices in my truck.

I have been assaulted, tracked, and raped in reprisal of the reports that I have attached within this complaint and will be evidence in a formal suit against the Salina Drug task force. I have written Senators, Governor Kelly, and now you in accordance with KSA 46-913(a). These acts are not ethical in nature and a complete disobedience to the fabric of our constitution. People are being hurt in and around the Salina Area. My reports have carried absolutely no regard to human rights in accordance with Title: 5 U.S.C. § 2302(b)(8) Whistle Blower Protection Act from Reprisal I pray that resolute action be taken. Please see the attached sworn statements in conjunction with the VA MRI results to be applied with the civil cover sheet to be filed in an expeditious manner.

SSG Thomas Chase

*[signature]*

2024 MAY 5th

635 3100 Ave.
Abilene Ks
67410-1592

# SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is PMG.

## PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10, USC Section 301; Title 5, USC Section 2951; E.O. 9397 Social Security Number (SSN).

**PRINCIPAL PURPOSE:** To document potential criminal activity involving the U.S. Army, and to allow Army officials to maintain discipline, law and order through investigation of complaints and incidents.

**ROUTINE USES:** Information provided may be further disclosed to federal, state, local, and foreign government law enforcement agencies, prosecutors, courts, child protective services, victims, witnesses, the Department of Veterans Affairs, and the Office of Personnel Management. Information provided may be used for determinations regarding judicial or non-judicial punishment, other administrative disciplinary actions, security clearances, recruitment, retention, placement, and other personnel actions.

**DISCLOSURE:** Disclosure of your SSN and other information is voluntary.

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| Nickel Hall Barracks Cafeteria and Salina Area | 20240108 | 2100 | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| Thomas Chase A | [redacted] | SSG |

**8. ORGANIZATION OR ADDRESS**
(WSZRAA) 425th Trans Co. 1700 S. Broadway Salina KS 67401

**9.** I, _____SSG Thomas Chase A_____ , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

I have known of Jerri Huff, her family and others for sometime. I had originally met them through my time playing pool at the Sunset Billards located in Salina KS. I would help her and her family with rides to work, and with various vehicle maintenance including the assistance of rust proofing the undercarriage of her daughter Kory Huff. This sworn statement is to testify on the recent assistance in giving Jerri Huff and Kendra Huff rides to work. I came over to their house like a normal Thursday afternoon to give Jerri a ride to work the times throughout the week would change but I was to help her move as she was being evicted by her bother who is a retired veteran who lives in TX. I did not ever attempt to pry into why she was being evicted nor did I want to. I offered my help with cleaning the outside of the yard Located at 917 Plaza Drive Salina KS. I was attempting to purchase the property from her brother, His name is James Burbach. I have since then refused any acknowledgment or involvement with the family because of recent events leading to my call on Jan 8th 2024 with the National Guard command because Jerri Huff was needing a ride to work. As we drove to her work she was saying the maintenance department was hiring and I wanted to see if I could catch someone that I would be able to speak with about employment. when we reached the Barracks grounds there was her manager and Kendra Huff both cooks in the cafeteria. On multiple occasions there was always someone there to let Jerri in and I would hear the old lady (name unknown) always asking if Jerri 'had brought it'. I never though anything of it until recent events when Jerri Huff had her purse open and I noticed a bag of what looked like methamphetamine and a glass pipe full of a crystallized substance that I am sure was meth. I have since then realized that Jerri Huff has a criminal history of meth sells and her daughter is now in assisted living to help with her addiction. I started to reach out to Mr. Burbach and I decided that association with her and her friends are not in line with me and my professional career. I have on mulitple times given her a ride to work and helped the family with various tasks in the past and knowing now I have understand that she is not on the right side of things and sells meth. there are multiple people that go in and out of her house. Her son has offered to sell me marijuana in the past and I do not condone this type of activity. I have a strong military background and I wish to maintain my good credential with in the Reserves. I have reported to the police in the past strange occurances that happen in or around the house and I helped her move her items with my truck ie fridge, washer, dryer, large items that required truck and trailer. I do not remember the exact days that I have witnessed these events but they have happened on many occassions that has made me question the validity of who and what she is. the last time I spoke to the family was before the Thanksgiving holiday and I had reached out to Mr. Burbach to assist in the clean up of the yard that is a complete disaster. When I seen the substances that Jerri had in her purse I have stopped all communication despite the attempts her and her family have made to contact me for help in anyway shape or form.
I have had a hard time finding out the proper channel in reporting this and I hope that this Statement helps keep soldiers away from what extra activities she and her family has chosen to take part in. I would like to remain as annonymous if at all possible as she is very well connected and fear that I will face a lot of reprisal from Jerri, Her Friends or others that may know of this report. As I said before I have made reports of strange, and illegal activities in the past concerning Jerri Huff and people she involves with. I have also faced a lot of reprisal from these reports. I do not want our soldiers to be subjected as it is not just National Guard Soldiers that reside at Nickel Hall. I myself have stayed at nickel hall as well as many other reserve soldiers that are located at 1700 S. Broadway Salina KS.

My only regret is that I was able to make this report to the proper channels sooner. For fear of what these individuals are capable of I hope that this has reached the proper channels.

Nothing Else Follows

**10. EXHIBIT**

**11. INITIALS OF PERSON MAKING STATEMENT**

Page 1 of 3

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT 12:40pm DATED 1-10-24

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.

DA FORM 2823, NOV 2006   PREVIOUS EDITIONS ARE OBSOLETE.   APD AEM v1.04ES

| STATEMENT OF | SSG Thomas Chase A | TAKEN AT | Nickel Hall Barracks Cafeteria and Salina Area | DATED | 20240108 |

**AFFIDAVIT**

I, _____SSG Thomas Chase A_____, HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE 3. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_(Signature of Person Making Statement)_

WITNESSES:

Subscribed and sworn to before me, a person authorized by law to administer oaths, this 10th day of January, 2024 at Nickel Hall Barracks Cafeteria and Salina Area.

_(Signature of Person Administering Oath)_

Katherine L Faulkner
_(Typed Name of Person Administering Oath)_

Notary
_(Authority To Administer Oaths)_

ORGANIZATION OR ADDRESS

ORGANIZATION OR ADDRESS

NOTARY PUBLIC - State of Kansas
KATHERINE L FAULKNER
My Appt. Exp. 4-17-27

INITIALS OF PERSON MAKING STATEMENT

Page 3 of 3

DA FORM 2823, NOV 2006

APD AEM v1.04ES

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF _SSG Thomas Chase A_ TAKEN AT _Nickel Hall Barracks Cafeteria and Salina Area_ DATED _20240108_

9. STATEMENT *(Continued)*
/// NOTHING ELSE FOLLOWS////

INITIALS OF PERSON MAKING STATEMENT: CT

Page 2 of 3

DA FORM 2823, NOV 2006

APD AEM v1.04ES

NARRATIVE TO ACCOMPANY

AWARD OF THE BRONZE STAR MEDAL

TO

SGT CHASE THOMAS

SGT Chase Thomas distinguished himself through exceptionally meritorious service while executing the duties of a Non-Commissioned of Central Receiving and Shipping Point Operations (CRSP), Forward Logistic Element (FLE) Kobane in an austere forward operating node in Northern Syria from 1 September, 2017 through 1 June, 2018. His dedication to mission requirements were unmatched, and his four Soldier team was instrumental in supporting the war efforts in posturing and sustaining the Syrian Democratic Forces, affiliated Tribes and Combined Joint Special Operations Task Force (TF)-9 engaged in operations against the Islamic State in Iraq and Syria.

SGT Thomas' first mission was to support the SLC Yard in Erbil, Iraq. Throughout his stay in Erbil SGT Thomas proved himself an invaluable member of the team. The yard saw an increase in truck capacity by 60, a clearance of excess hazardous material (70+ barrels, 30+tires, 40+ batteries) that had been frustrated for over 9 months and supported CLS I, CLS II, CLS IV and CLS V operations. Going above and beyond the typical role of a transportation movement coordinator, SGT Thomas acted as a heavy equipment operator driving forklifts ranging from 10,000 to 30,000 lbs. SGT Thomas was recognized as the leading figure in the reconfiguration and cleanup of the SLC Yard.

When moved to the Kobani Landing Zone SGT Thomas saw himself directly supporting 19 tenant units within the Northern Syria AO. He joined the team at Kobani to continue his mission from Erbil. SGT Thomas once again proved himself invaluable; cleaning up the CRSP yard and increasing yard capacity by 40%. The increase of capacity allowed for better flow of traffic and easier accountability of the yard.

SGT Thomas operated as the lead MHE operator throughout his time at KLZ. As lead MHE operator he not only supported the CRSP Yard but the entirety of the KLZ. This saw SGT Thomas support all 19 tenant units by moving equipment across the KLZ. SGT Thomas provided life support for the FOB by moving latrines, showers and generators necessary for the mission.

SGT Thomas cross trained as a generator repair mechanic and as a forklift repair mechanic. He assisted the maintenance team with working on generators across the FOB. He worked repairs not only for the FLE but for individual units as well. SGT Thomas also assisted in repairing forklifts for the FLE and the 9.7 Marines.

SGT Thomas provided support to the 11th and 24th Marine Expeditionary Unit, 6/9 Cavalry's Bravo and Charlie troops, Special Operations Joint Task Force Operation Inherent Resolve (SOJTF-OIR) Task Force 9 elements and both the 458th and 770th Engineers. SGT Thomas led the way cross training as a heavy equipment operator and assisting in moving equipment with lift assets. He also assisted in teaching the 770th Engineers on how to properly prepare equipment for air and ground transportation.

In addition to his duties as CRSP lead driver SGT Thomas also improved the health and welfare situation for soldiers in and around the CRSP yard. His knowledge on carpentry, plumbing and electrical work allowed for the advancement of the CRSP yard. SGT Thomas coordinated with Kobane Landing Zone Base Operating Support integrators to set up latrine and shower points for CRSP, fuel point, maintenance and mortuary affairs personnel.

In addition to his mission at Kobane Landing Zone SGT Thomas continued his role as the unit armorer. This position saw him communicate with his unit across both Syria and Iraq and maintain 100% weapons accountability.

SGT Thomas' actions as a Transportation CRSP NCO saw him play a significant role in posturing the Syrian Democratic Forces and TF-9 to defeat the Islamic State and have helped establish the only logistic footprint with the capability and capacity to sustain future mission requirements for CJTF-OIR and SOJTF-OIR.



**DEPARTMENT OF THE ARMY**
SPECIAL OPERATIONS JOINT TASK FORCE-OPERATION INHERENT RESOLVE
KOBANE LANDING ZONE FORWARD LOGISTICS ELEMENT
KOBANE, SYRIA
APO AE 09314

SOJTF-OIR-KLZ-FLE                                                                                   17 November 2017

MEMORANDUM FOR RECORD

SUBJECT: Character Letter for SGT Thomas, Chase

1. My name is CPT Jermaine D. Anderson, a 22 year combat veteran that has served in the United States Marine Corps and is currently serving in the United States Army Reserve as the Forward Logistics Element Officer In Charge supporting Operation Inherent Resolve. As SGT Thomas' immediate supervisor at his current duty assignment, I am impressed with his dedication, initiative, honesty, and the level of detail he puts in everything he does in making this Forward Logistics Element successful in accomplishing our mission.

2. SGT Thomas is afforded a massive amount of autonomy to be able to meet our customers' demands. He has demonstrated honesty in dealing with millions of dollars' worth of products and end items that transition through our location without true accountability. We have a 100% customer delivery rate because of his hard work and honesty.

3. His dedication and disciplined initiative when carrying out the duties of his current position has taken the areas of his work space to an elevated level. His vision and initiative has positively influenced functional and esthetic change that has made the central receiving and shipping point significantly more efficient and effective.

4. By all accounts SGT Chase Thomas is a tenaciously honest and humble Soldier with a giving nature.

5. Point of contact for this Memorandum is jermaine.d.anderson.mil@mail.mil.

ANDERSON.JERMAINE.DONELL.1064859010
Digitally signed by ANDERSON.JERMAINE.DONELL.1064859010
DN: c=US, o=U.S. Government, ou=DoD, ou=PKI, ou=USA, cn=ANDERSON.JERMAINE.DONELL.1064859010
Date: 2017.11.20 04:01:25 +03'00'

JERMAINE D. ANDERSON
CPT, LG
KLZ-FLE OIC

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) THOMAS, CHASE ALLEN | 2. DEPARTMENT, COMPONENT AND BRANCH ARMY/ USAR | 3. SOCIAL SECURITY NUMBER [REDACTED] |
|---|---|---|
| 4a. GRADE, RATE OR RANK: SGT | b. PAY GRADE: E05 | 5. DATE OF BIRTH (YYYYMMDD): 1985[REDACTED] | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD): 20200801 |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY: WAKEFIELD, KANSAS | b. HOME OF RECORD AT TIME OF ENTRY: 605 CEDER STREET WAKEFIELD KANSAS 67487 |
| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND: 0378TCMOVEMENT CONTRO FC | b. STATION WHERE SEPARATED: FORT HOOD TC, TX 76544-5056 |
| 9. COMMAND TO WHICH TRANSFERRED: 378 TC DET MOVEMENT CONTROL (WSQ4AA), 715 GRIFFITH STREET, MANHATTAN, KS 66502-4436 | 10. SGLI COVERAGE: NONE [ ]  AMOUNT: $400,000.00 |

11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)
88M20 MOTOR TRANSPORT OP - 0 YRS 11 MOS//
NOTHING FOLLOWS

| 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|
| a. DATE ENTERED AD THIS PERIOD | 2017 | 08 | 03 |
| b. SEPARATION DATE THIS PERIOD | 2018 | 07 | 02 |
| c. NET ACTIVE SERVICE THIS PERIOD | 0000 | 11 | 00 |
| d. TOTAL PRIOR ACTIVE SERVICE | 0000 | 04 | 24 |
| e. TOTAL PRIOR INACTIVE SERVICE | 0004 | 07 | 07 |
| f. FOREIGN SERVICE | 0000 | 08 | 23 |
| g. SEA SERVICE | 0000 | 00 | 00 |
| h. INITIAL ENTRY TRAINING | 0000 | 00 | 00 |
| i. EFFECTIVE DATE OF PAY GRADE | 2015 | 08 | 01 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)
BRONZE STAR MEDAL// ARMY ACHIEVEMENT MEDAL// NATIONAL DEFENSE SERVICE MEDAL// GLOBAL WAR ON TERRORISM SERVICE MEDAL// NON COMMISSIONED OFFICER PROFESSIONAL DEVELOPMENT RIBBON// ARMY SERVICE RIBBON// /OVERSEAS SERVICE RIBBON// ARMED FORCES RESERVE MEDAL W/ M DEVICE// CONT IN BLOCK 18

14. MILITARY EDUCATION (Course title, number of weeks, and months and year completed)
NONE// NOTHING FOLLOWS

| | YES | NO |
|---|---|---|
| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | | X |
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | | X |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If Yes, years of commitment: NA ) | | X |
| 16. DAYS ACCRUED LEAVE PAID 0 / 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | | X |

18. REMARKS //////
SERVED IN A DESIGNATED IMMINENT DANGER PAY AREA// SERVICE IN KUWAIT 20170901-20170906// SERVICE IN IRAQ 20170906-20171001// SERVICE IN SYRIA 20171001-20180521// SERVICE IN KUWAIT 20180521-20180523// INDIVIDUAL COMPLETED PERIOD FOR WHICH ORDERED TO ACTIVE DUTY FOR PURPOSE OF POST SERVICE BENEFITS AND ENTITLEMENTS// ORDERED TO ACTIVE DUTY IN SUPPORT OF OPERATION INHERENT RESOLVE IAW 10 USC 12302// MEMBER HAS NOT COMPLETED FIRST FULL TERM OF SERVICE// CONT FROM BLOCK 13: // INHERENT RESOLVE CAMPAIGN MEDAL WITH CAMPAIGN STAR//
NOTHING FOLLOWS

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) 605 CEDER STREET WAKEFIELD KANSAS 67487 | b. NEAREST RELATIVE (Name and address - include ZIP Code) MELINDA SUE THOMAS 635 3100 AVE ABILENE KANSAS 67410-6927 |
| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality) KS     OFFICE OF VETERANS AFFAIRS | X YES / NO |
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | X YES / NO |

| 21.a. MEMBER SIGNATURE ESIGNED BY: THOMAS.CHASE.ALLEN.1455781783 | b. DATE (YYYYMMDD) 20180529 | 22.a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) ESIGNED BY: MARTIN.QUIANA.REE.1255342548 QUIANA R MARTIN, GS11, HR SUPERVISOR | b. DATE (YYYYMMDD) 20180529 |

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION: RELEASE FROM ACTIVE DUTY | 24. CHARACTER OF SERVICE (Include upgrades): HONORABLE |
| 25. SEPARATION AUTHORITY: AR 635-200, CHAP 4 | 26. SEPARATION CODE: MBK | 27. REENTRY CODE: NA |
| 28. NARRATIVE REASON FOR SEPARATION: COMPLETION OF REQUIRED ACTIVE SERVICE | |
| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD): NONE | 30. MEMBER REQUESTS COPY 4 (Initials) CAT |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

THOMAS )
)
Plaintiff(s), )
)
v. ) Case No. _____
)
KANSAS )
)
Defendant(s) )

## DESIGNATION OF PLACE OF TRIAL
## REQUEST FOR TRIAL BY JURY

### DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita, ☐ Kansas City, or ☒ Topeka }, Kansas as the
(Select One)
location for the trial in this matter.

_____
Signature of Plaintiff

### REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☐ Yes or ☒ No }
(Select One)

_____
Signature of Plaintiff

Dated: 5th MAY 24
(Rev. 10/15)

6