

**DEPARTMENT OF THE ARMY**
425TH TRANSPORTATION CO.
1700 S. BROADWAY
SALINA KS, 67410-7052

AFRC-RCA-KNAB-N                                         22 January 2024

THRU: (WSZRAA1) 425TH TC 1700 S. BROADWAY SALINA KS 67410

MEMORANDUM FOR RECORD AND ASSISTANCE REQUEST

SUBJECT: PROTECTION FROM REPRISAL, ENTRAPMENT AND HARASSMENT

To the Honorable Laura Kelly
Governor
Capital, 300 SW 10th Ave. Ste. 264W
Topeka, KS 66612-1590

The Purpose of this memorandum is for the for the events that are described below in the hopes for protection from police reprisal, entrapment, and harassment from the reports that have been made over the last 7 years.

Since I have returned home a decorated veteran from Operation Inherent Resolve I have assisted the police with reports leading to crimes against people. trafficking, and murder. Like you, I am a concerned citizen and veteran that wishes to make Kansas a safer place for our children, including their growth and prosperity within.

I have been constantly attacked for the last 7 years since returning home by not only the criminals I have been reported but have been subjected to erroneous situations in a attempt to cover up the validity of the reports I have made. These have fallen on deaf ears at which point after these reports I am faced with many different forms of harassment, stalking, gang targeting and sexual assault.

The individuals I have reported have been inside of my home. Destroyed 3 of my vehicles by placing tracking devises within my trucks and have went through my documents in a attempt to allow the current status quo to commense. The most recent attempt that has been made has me reaching out for your assistance.

SUBJECT: PROTECTION FROM REPRISAL, ENTRAPMENT AND HARASSMENT

To the Honorable Laura Kelly
Governor
Capital, 300 SW 10th Ave. Ste. 264W
Topeka, KS 66612-1590

I have on multiple occasions asked to come to these people homes in and around the Abilene Solomon and Salina Kansas areas. I was caught with items that was not mine. During the court process I did not have the means to protect my sterling military career. As such; I went on a diversion and paid the full amount. I continued to report crimes such as, obstruction of justice when Mike Clark of can you dig it construction helped his family members cover up a murder. This information was reported and still; I was the one who had to pay to preserve my military career.

During my diversion I upheld all of the obligations. I was further harassed by the reports I have made by both undercover agents in and out of the Salina Area and by the Criminals that I have been reporting. These reports concern drugs being sold by individuals in the National Guard Barracks. Information regarding stolen weapons. and the most recent event reported that has led to drugs being placed in the bed of my truck. All within a few months of fully complying with the diversion agreement that I have not told anyone about.

This is the most important report as the names, locations, and victims have been reported with a extreme level of accuracy.

After reporting Individuals Jerri Huff, Mary Cannady and others for crimes including sex and drug trafficking, gang targeting, harassment and conspiracy. I was asked to come to visit August rush at address 615 Prescott Salina KS where I was knocked out and rapped multiple times. These individuals are very well connect with teh local biker gang SOS or Sons of Silence. The date of this attack was on 8th day of April 2024

I reported this and again. Nothing Happened.

Honorable Kelly if you truly mean what you say about making a safer community please do something about what you are about to read.

I met Jason Latham long ago when he worked at the Abilene KS. At which point we were introduced again in Salina KS and no one knew that in our conversations he was trusted me and stated he was DEA

SUBJECT: PROTECTION FROM REPRISAL, ENTRAPMENT AND HARASSMENT

In our attempt to stop the corruption Jason Latham needed introduced to Mary Cannady. He was also very interested in a woman that goes by the name of August B. Neff Dekat. The date of the introduction was approximately April 15th 2023. I made the introduction and with in a few days I had located August at this same location. At the very location above. I was not with Jason at this time. He was busy trying to protect his truck that was his mothers and was actually going through the same things I was with tracking devices in his truck. People braking into his vehicle damaging property, Stalking, harassment and gang targeting.

The day that I found August she was in the basement with Erik Earnst and others claiming that he was a cop and that he was harassing August. May the 4th August lured Jason out of his home and under the direction of Mary Cannady they ( August Jonathon Mullen and Kelly Luthi) killed Jason Lathom and dropped his body outside East of the Pilot in Salina KS. I know this because August had spoke of it on the night drugs were put in my truck after an attempt was made on my life by using the same tactics. Requesting through a woman named Roni Trembley. I had met her while I was washing dishes at the huddle house. unaware that the house at 515 Anderson Salina KS had August and Erik E.

At this time I had to carefully get myself to safety. Tired from working over 60 hours at both my unit and assisting at the huddle house. August stole my satchel that carried my ID's Insurance Registratio, I pad and phone. I made my way home to where I was arrested for drugs that was in the back of my truck. The night of this arrest is what I am currently pleading not guilty to in the Dickinson County Court house and I am attempting to protect myself. Once again I do not have the means of protection. The date was Dec 12th 2023. I posted bond. During my bond supervision I told the truth and explained to Steven Olson (Probation officer) that I had a drink with my father.

I went to jail for a bond violation. I stayed in Jail until I was released on or bond where I was released at 10 pm. The temperature was 20 degrees and I was 13 miles from home. I ran 10.3 miles where I was picked up by a police officer and brought the final 3 miles home. I was wearing a dress shirt and bluejeans.

I have reported this to the FBI and this request for help is not only sent to you. I have sent this to my attorney and the FBI. If you truly mean everything that is in your mission statement and that you want a safer place for Kansas citizens. Please help me make the police corruption and the crimes against our Kansas residents stop. My next trial is on the 28th day of Feb. I have already been made a felon for the Diversion revocation that was only a few months shy of completion. I have never failed a urine analysis. I have been present for every appointment. These individuals are destroying my life. My only hope is you have the weight to make it stop and catch the real criminals that I have reported. I have attached my sworn statement about the Sons of Silence and the National Guard.

Please Help.                                          Very Respectfully Submitted.