NARRATIVE TO ACCOMPANY

AWARD OF THE BRONZE STAR MEDAL

TO

SGT CHASE THOMAS

SGT Chase Thomas distinguished himself through exceptionally meritorious service while executing the duties of a Non-Commissioned of Central Receiving and Shipping Point Operations (CRSP), Forward Logistic Element (FLE) Kobane in an austere forward operating node in Northern Syria from 1 September, 2017 through 1 June, 2018. His dedication to mission requirements were unmatched, and his four Soldier team was instrumental in supporting the war efforts in posturing and sustaining the Syrian Democratic Forces, affiliated Tribes and Combined Joint Special Operations Task Force (TF)-9 engaged in operations against the Islamic State in Iraq and Syria.

SGT Thomas' first mission was to support the SLC Yard in Erbil, Iraq. Throughout his stay in Erbil SGT Thomas proved himself an invaluable member of the team. The yard saw an increase in truck capacity by 60, a clearance of excess hazardous material (70+ barrels, 30+tires, 40+ batteries) that had been frustrated for over 9 months and supported CLS I, CLS II, CLS IV and CLS V operations. Going above and beyond the typical role of a transportation movement coordinator, SGT Thomas acted as a heavy equipment operator driving forklifts ranging from 10,000 to 30,000 lbs. SGT Thomas was recognized as the leading figure in the reconfiguration and cleanup of the SLC Yard.

When moved to the Kobani Landing Zone SGT Thomas saw himself directly supporting 19 tenant units within the Northern Syria AO. He joined the team at Kobani to continue his mission from Erbil. SGT Thomas once again proved himself invaluable; cleaning up the CRSP yard and increasing yard capacity by 40%. The increase of capacity allowed for better flow of traffic and easier accountability of the yard.

SGT Thomas operated as the lead MHE operator throughout his time at KLZ. As lead MHE operator he not only supported the CRSP Yard but the entirety of the KLZ. This saw SGT Thomas support all 19 tenant units by moving equipment across the KLZ. SGT Thomas provided life support for the FOB by moving latrines, showers and generators necessary for the mission.

SGT Thomas cross trained as a generator repair mechanic and as a forklift repair mechanic. He assisted the maintenance team with working on generators across the FOB. He worked repairs not only for the FLE but for individual units as well. SGT Thomas also assisted in repairing forklifts for the FLE and the 9.7 Marines.

SGT Thomas provided support to the 11th and 24th Marine Expeditionary Unit, 6/9 Cavalry's Bravo and Charlie troops, Special Operations Joint Task Force Operation Inherent Resolve (SOJTF-OIR) Task Force 9 elements and both the 458th and 770th Engineers. SGT Thomas led the way cross training as a heavy equipment operator and assisting in moving equipment with lift assets. He also assisted in teaching the 770th Engineers on how to properly prepare equipment for air and ground transportation.

In addition to his duties as CRSP lead driver SGT Thomas also improved the health and welfare situation for soldiers in and around the CRSP yard. His knowledge on carpentry, plumbing and electrical work allowed for the advancement of the CRSP yard. SGT Thomas coordinated with Kobane Landing Zone Base Operating Support integrators to set up latrine and shower points for CRSP, fuel point, maintenance and mortuary affairs personnel.

In addition to his mission at Kobane Landing Zone SGT Thomas continued his role as the unit armorer. This position saw him communicate with his unit across both Syria and Iraq and maintain 100% weapons accountability.

SGT Thomas' actions as a Transportation CRSP NCO saw him play a significant role in posturing the Syrian Democratic Forces and TF-9 to defeat the Islamic State and have helped establish the only logistic footprint with the capability and capacity to sustain future mission requirements for CJTF-OIR and SOJTF-OIR.

This is one of the biggest Reports Since Ted Kennedy and Mary Jo kaepernick

Two reasons why this is being said now is because I wanted to get my daughters video of them talking about Jeremy Harden (Flores) and Nate Lahla's friend. Lahla told my oldest daughter to not tell me what happened but my girls know that I will do everything in my power to keep them safe. I just want to know why she was shielding all of this from not only me but destroying my own personal investigation to make sure that I get to the bottom of this once and for all. my family has paid dearly. And for her to keep shielding this is beyond me, my guess is because she knew that when my children where in her care mary colleen was homeless and living in a vehicle during this time I was trying for custody of my children yet I did not have money to continue such a legal fight especially in Lawrence (douglas county). second I gave everyone a chance to change their ways.

Even Lahla. the lies about my children to gain full custody that lead to me joining the military and making something of myself. I have paid child support and I'm so sick of being railroaded by the abuse of the legal system, how children get lost killed molested and good fathers getting destroyed by all of this in a Douglas County Court room under Sally D. Packornay(sp) I paid so much money in child support, I gave all of the tax EIC for the children to Lahla, and even with all of that she has still continues to be the leading reason why my children have been through what they have been through. Not just them but even her other children Andrew who she has every other weekend with and Clara who she is currently in a custody fight with the man that molested all the girls.

I needed a way to get my life that has been one destructive mess after another. the lies about me as a father, the lies about who I am as a person with my ex wife and Krystal and David Millner, Patrick Rist, Andy Reffit, Jimmy Gartin Jeanette Priddy (see Narrative) While Deployed and realizing that my situation was just one more snowballing mess. I was making everything happen there while my mind stayed here in America with my family always at the forefront of my mind and managing to make such a great job it was when I came up with how all of this was going to come to the surface and make everyone see the truth. N.A.T.E stands for Not Another Training Exercise. I just needed people to think that I had something big. I made few 1$ notepads from dollar general and stuck them with me at all time like a inspectable item while going through inspection.

I wrote N.A.T,E. 00 on some of them and wrote Reverse on others. I would then talk about the youtube video "Ted Talks A.I. Drones" (watch the video it's kinda crazy looking but ultimately just a video. combine these and when I got back home I decided to give everyone a chance to change. they did not. Instead they all wanted N.A.T.E. I even had people thinking I was a terrorist at one point and that is just not me. the real Domestic Terrorists are listed below and in my Narrative that you have already received. To make all of this believable and to make this all come to light I had to make my pockets look deep and I had to make Markers to find out who was doing what and when. what side people was on when I say markers I mean tell one person one thing and then tell another person one thing and find out who was what in this mess of cop and robbers that I am constantly around. who was compromised and who was not. the list of all the names I have disclosed to you. in my narrative and the ones that you will read below. Its sad because I had to expose some good undercover cops to gain favor and trust of my family that are very sick and need help. So... I did what I normally do. Make my actions speak louder than words and just got things done. My mind is so much stronger than anyone I have ever been around, I am so much more resilient than anyone I have ever been around. Facts don't care about your feelings and the greatest thing about the truth is I never have to remember what I say.

the day that Ashley Robinson, Adam Garmen, and Melissa Johnson tampered with my truck like I said I had called sheriff Mark Longbine It was just before thanksgiving. my truck was tampered with about a week before. the day that my truck almost flipped off the interstate at 80 MPH was on 2018SEP15 I know it was these people because they would go to my Aunt Rosie's house This is where my Uncle Troy

would watch with my Aunt Melissa While Adam Eric and Ashley would enter my Fathers property and messed with my vehicle They would provide overwatch for them to make sure that everyone was asleep. they came on my parents property and placed cameras on my father's well house and just outside the driveway but as for me and my knowledge of their actions I would stay up and with me being in Syria working with 9.5 and 9.3 as well as 9.7 (I just don't sleep as I said, those guys don't mess around)(I knew this was coming but my investigation was not done and I needed a way to catch the crooked addicted cops that help Tony Penry to always know what was going on around him at all times. and How the sex house at Jerri huffs house. this would allow him charity and many others listed below to know what was going on at all times. this timeframe in question I watched Ashley and eric making large wreath like things for concealment they built these wreaths in my aunt Melissa's house. you will also find the blade they would use to enter the back sliding window of my dodge.

Ashley robinson even had a key made with Karl Landon and you still can not enter the driver side of my truck because when I started to suspect that a key was made I snapped off 2 fingernail files in the key holes of my dodge, I seen these people from my upstairs room that I seen these same wreaths down by my parents and my trucks. I fixed this on my truck. This is when the attack on my life was done. and this was done because phone spector was used on my Smart phone Devices and I called Mark Longbine about how my family just wasn't wanting help from me. I would give them money to help them because they always seemed broke and would give them rides to Mary Albers home in Salina KS and to Tony Penry's home.  they are all addicted to drugs. I have physically seen Melissa Johnson, Ashley Robinson, Travis Hagen, Charity Flores, Carrie and her Boyfriend Matt, Troy Hagen, Charity Flores Family in Kansas city, Kevin Gawith,  Stephanie Gawith, Travis Lowry, Jolena, her son who sells stolen guns in manhattan, Lindsey Hagen, Jerry Huff, her sister, Randy Meyers, Paige Meyers and her abilities with technology and personal salesmen for Charity Flores. they have all bought drugs from Tony Penry on multiple occasions in the last 8 months I have been home. All I did was give them the money and let them make their choices. and watched. annotated in my head because I could not write anything. I could only text or call to make sure that there was proof on everything. facebook, Instagram, snap chat Tinder and PoF.

I played such a dangerous game. but it was the only way... They all jumped to get N.A.T.E. and all it ever was; was just a few notepads with N.A.T.E and also having computers. walking into a room and I would feel what I needed to project to them so they would pay more attention to me. if you look at one of my Facebook accounts there is a message from Paige wanting the phone spector account that I had so she could use it. I did not give it to her and even Charity Flores wanted this. She even told Paige in My aunt Mary's house that she had a new tech guru because of what I told her I could do. with phone codes. Impressed I got introduced to Charities family. it was around the time that Anthony; Charities son shot his daughter and it was Tony Penry's Meth Pipe that was left behind in that house. I would be at my aunt Mary's house when they would talk about it. and I heard Tony Penry himself say that he left it there on accident they called Anthony's girlfriend to locate and hide it. I was with my Uncle travis during this time and I new that he had black powder. Adam Garmen has a cannon at my Aunt Melissa's house. I would complain to Travis about how Ashley and adam eric and Melissa would go through all of my stuff. I'm not too sure but I believe they have even been inside of my parents house. Troy would sit by the damn of my home and while I'm in the house I would see him with a cigarette (light pollution) I told my dad who I even had to lie to him because I knew who was who but I had to keep all of this to myself until I got the chance to get my daughters statements, which I received last night and it is attached.

2018DEC17, 2018DEC18, 2018DEC19

Charity Tony Anthony her Kansas City Family her daughter natalia and her son all returned from Kansas City, I do not remember the girls name but she was there and she was all kinds of loopy, I was that she was a friend of natalia's  friend from school, they all was down in my aunt Mary's house I was there to help my Aunt because they were all too busy doing drugs than helping their own mom. that night I tried to get that girl away but they all new what was going on and if I had blown my cover of what I was doing I would not be writing this today. The older man Charities family dad his name eludes me but if I

seen him I could definitely point him out. they brought that girl with them. I told my father later that I probably will never see this girl again. They all passed around the drugs back in forth. Pills so they could make the drugs collecting them from Carrie who gets them from Larry Dragone in exchange he gets the little girls so he can do what he wants to them. Pills also come from Toni Rick Sims and her ex husband who both work at Exide in Salina, she also has a friend Thereasa who works at the bank just down the road from the courthouse in salina. I'm sure that she monitors who comes in and out of the courthouse for everyone who comes and goes. she does her job for the people trying to get back the money from the bondsman that is right across the street at Gold Key Apartments in apartments there is a heroin drop house. because the person that I played DnD with is addicted to the crap.

on 2019Feb12, I went to jail for failure to appear on the all of my Driving on suspended. You are the only one I have told this too because things were so much bigger than me. messing with the Kansas City Mafia and them wanting my abilities with computers and the drone stuff, the scarring of my parents because they thought that I was turned by my family, but this date is extremely important. the reason why is because I needed the black powder from my uncle and I needed to see Tony Penry one last time. I needed to act as if I was messed up and shook by the police, to do so I was on camera in the squad car and told Ricky Williams the police man that arrested me and also the officer I made the report about mahala and what she was doing with the fake reports in Douglas County while I was in Syria. I told them all that they could not protect me. He asked me where to go to transport drugs across the state, I told them that they need to go Tony's mechanic. My dad posted my bond yet again, Pissed off at me because still to this day I don't think he knows everything, but I know who he is. I know who they all are and what side they play. but none of them can seem to get anywhere because they are all tied together in this web of corruption and lies. That's why I made N.A.T.E. That's why I did what I did, because I want my state back, I did not account for how much corruption that goes on around me.

I wanted it to stop, I did what I knew would work, while in Syria I had months to come up with this, in and out. all I did was inform them of possibilities of internet vulnerabilities to each one of them all in different manners. they all were the ones that came running for nothing that didn't exist and like I said I knew everyone and there place on the board but they wanted me and what I had. multiple illegal entries of my truck, making myself look like a sheep to all of these monsters was hard. all the way to the last arrest above on that night after posting bail, and with everyone totally after what I had I put all of my computers in the truck I already had my uncles gunpowder and the message sent to me on facebook from Tammy Lacey stating that Travis wanted his 20$ (which is bogus) and the black powder back so they could use the cannon that they have. I told Travis that we only had a few minutes before they came

I had to get rid of my phones and did so at Walmart in Salina, I seen the cop in the Ghillie suit watching me and I dumped my phones to the only secure place I thought, from there we left so I could take travis yet again to get drugs. I spoke to him about the arrest and the talk with the police refraining from telling him about the mechanic statement made in the squad car. because this would be the final axe I needed to lift this veil of corruption. while in Salina and after me playing a scared fool he told me to go to Tony house. When we got in there that is when Tony and everyone in that house started talking about how I was the new dishwasher. I knew exactly what this meant. but again, they had no idea that I was of sound mind. staying up late and letting myself look strung out still passing every UA for the military because I personally Hate Drugs, with a Passion.

We went up stairs and I was told to leave the room by Tony, that's when travis got permission for me to come back in the room I unplugged my phone took out the battery and proceeded to watch Tony Penry pull out 14 bags of meth that was about the size of a billiards ball at a pool hall. he tried his hardest to get residue on my wallet phone and even tried to get my fingerprints on the bags that he cut off telling me a story about some dude and was trying very hard to get me to say that "It's my money, It's my money, It's my money, Say it Say it Say it. And proceeded to tell me that he wasn't going to prison, and what I was going to do when my family was gone with nowhere to go. I did not answer it because I knew better, I knew what he was trying to do. He told me he needed a ride to Jerry Huffs house, I told

him that I did not feel comfortable doing so but that was a lie I knew what I was going to do. and when we got to the road where I turn right I drove straight to make Tony Walk to her house. I came back to Solomon to drop Travis off and I went home.

8 years ago the military gained an asset. no one could have ever gotten as deep into this mess. I knew this. I kept quiet for such a long time just planning monitoring watching and at the end I have uncovered one of the biggest national security risks, the biggest drug operation from Colorado to Kansas City, All because I called out some cops to gain trust, remembering everything, Walking a tight rope of lies to both sides because if I make this report to anyone at home it's a fight. If it's a fight they want then I say come and get it. I swore an oath to defend my country from all enemies both foreign and domestic. my truck destroyed, my deployment money gone, my phone tapped and computers hijacked my digital self annihilated, my perfect military record tainted, roofied with horse tranquilizers I played all of these peoples games, . Now that I think of it, I left for Syria and when I came back; my plan to end this corruption, my choices, my moves, all calculated with unwavering precision. because just like Delta... We don't miss.

I need my family that was taken from me through the legal system using lies. I put myself in harms way because it was the only way to shut it all down and I promise.... no one ever seen me coming and I push forward because I only know how to win. I had to do what I did to get where I am today... the Cost was extremely great. This is the last statement needed for you. This concludes my own private investigation. I let you see it all.


My name is SGT Thomas Chase A. I approve everything you have read with 100 precision, just like transportation. It's a very precise business. This state has been in disarray since the prohibition, I told you I needed your help. Now you know... I uncovered what I could before I was out of time. Get my record clean from all these lies and slander. Get my kids to me. My phones my computers my truck. I'm sorry for not telling anyone but let's be very clear. If I had... I would not be writing this final statement. I played a very dangerous game..... the army taught me Patience, gave me purpose, I love my family, they need help, and you can choose your friends. You can't choose your family. It's currently 0330 I'm up making sure my family is safe. And now that all of this is to you and you alone... Fix my State from all this Corruption.

Mahala left our house at the end of 2015. Jan 21 2016 I filed for Divorce. The reason for my divorce was my ex-wife was not only unfaithful, but she was also associating herself with Krystal (Lake) Millner. I stopped trying to save my marriage because Mahala would not stay out of drugs after we moved from TX. She now lives in Lawrence KS. I was employed at ECS 33 located at Camp Funston Fort Riley. When she left, she did not give up the keys to the house we lived at, 705 Cedar St. Wakefield KS. I continued to work to pay bills ect. when I would come home on multiple occasions, I would find the house door standing wide open. at first, I thought it was just an accident and being up at 03 every morning I could see this being a possible occurrence.

I then realized it was not me doing so and realized that Mahala and Krystal was entering my house after I would be at work as she was the only one that had the second set of keys. She had gained access to all of my computers and was watching everything I would do work, girls, friends' family, when I caught on to what was happening, I made a report to the Geary county Police dept. and let my landlord know what was happening. he would not change the locks, so I switched the locks around. The report was odd to the police because when I made the report there was nothing missing. The next day My Gmail, Facebook, USAA banking and other Social media sites. Mahala was the only one that knew my password and all my information was changed and still to this day I cannot recover my old Gmail account: chasethms@gmail.com everything was linked to this account and I could not get this email account back to this day. Mahala was also the FRG Leader for the 425th. Before the divorce was finalized, I was at drill when the new FRG leader informed me that Mahala had taken 100$ from the FRG bank roll and I had to

pay that back. I had arguments with Mahala because she knew that she was not to take that money home. She would do so anyway.

Mahala remained in contact with unit members and Nichole Mader Sgt Maders (425th supply) wife informed me that Mahala said she could ruin my military career if she wanted to. paying no attention to it I continued my normal routine for my two daughters. with my bank account froze and my email, and Facebook taken I fell behind on rent and was forced to move out. May 2016 the divorce was finalized, and I was court ordered to pay half of the debt incurred. I had already paid half of everything but the Discover card, so the judge ordered it to be paid as well. I made multiple attempts to get this debt settled but Discover will not allow you to pay another person's debt. I had assumed that Mahala had told my unit that I was on drugs to preserve her name because during a Truck Rodeo I was waking up at 3 A.M. to take a urine analysis it was a 100% urine analysis and paid no mind to it. gave the analysis and continued my day tired. SFC Jimmy Gartin was the U.A. person for the 425th. I continued to work for the 425th and ECS 33 and wanted to transfer out of the 425th so SSG Andy Reffit was a WL for ECS and offered me a slot to the 378th MCT.

This worked for me as I wanted to eventually become a Warrant Officer and knowing all aspects of movement seemed ideal. I did all of the leg work for my transfer and my 201 files was pristine; I am HIPAA certified and understood multiple lanes, so I did what I normally do and just got it done. Upon my first drill day at the 378 I met SGT Rist, I asked what of my file he wanted, and he proceeded to tell me all of it. so, I took out of its folder and printed every page and handed it to him personally. He was very happy to see that I had kept everything that the army ever gave me from the first day of enlisting and said that I was the most on point soldier he had seen. My first day at drill I did what I normally do and was training the lower enlisted about WLC and what to expect with the inspections the classes and the critical writing that and my 91 % will later prove vital. I was still dealing with the accusation of drug use even though I had passed multiple UA's it seemed as if this was going to be my life now in the military. It didn't bother me so I would just continue as normal.

While at work at ECS 33 I started dating a coworker SSG Jeanette Priddy who is now a WL and works closely with Andy Reffit. I was still dealing with my ex and how she took all of my social media and it was getting pretty bad as it seemed at that time, I could do nothing but just collect the evidence that she was doing so.

In ECS 33 I worked with Jimmy Gartin, Shem Schore Andy and Jeanette. Jeanette was my girlfriend and we eventually broke it off. I continued to have the same things happening to me over and over again with my social media hacked my Facebook constantly changing without my knowledge and it became so overwhelming that I would drink to forget what was going on around me. There were my divorce multiple deaths in my family it was just terribly taxing and emotionally draining: I was very unhealthy. There was even a day that Shem and Alta Schore told me that I had posted a suicidal post on Facebook. When I logged on to see this post it was not there. One day I had realized Jeanette Priddy leaving my truck during working hours and I got upset when I physically seen her going through my truck. I informed Andy at that time and he simply told me that it was time for me to get out of the military. I was upset about what was going on and Jimmy Gartin came up to me and I told him that I was in my basement with my dad. He was smoking marijuana. So, I told him that I was worried that for the first time in my life I may fail my UA. told me that he had friends in the geary county police department.

I did not know at this time why he brought up the PD, but it was said and he proceeded to tell me that he would take my name off the list just like he did for Jeremy Dunbar a fellow co-worker at ecs and maintenance NCO for 425th. I asked in disbelief even if it was 100% that is then he told me that he would take people's names off and then put them back on to make sure my name would never show up. I did not take this offer and there was a UA at drill I very nervously took the analysis and I passed. I knew then that the 425th did some shady stuff for soldiers they liked. Still Confused Jeanette broke up with me we would still talk, and she started working weekends at Andy's bar in Ogden. One-night Andy

asked me to come to his bar over the phone, so I went. I had one Jameson and Coke we spoke about the upcoming deployment and my concerns about my clearance. I finished my drink, but I started to feel funny, so I left. As I was leaving Andy told me that there is only one way to destroy a man, First, you destroy his name and then you can destroy the man. I looked at him strange because that sentence shook me and constantly replays in my head to this day. I left his bar at approx. midnight I woke up to the geary county police dept tapping on my window. I did the whole dog and pony show. and felt groggy still. the police officer told me that I was asleep with my truck in drive and my parking brake set... I do not ever set my parking break. I blew a .081 I went to the police station I did not post a bond. I had no bondsmen. Instead I gave a person my card through a door and never seen his face. he went across the street to the atm pulled out the money they told me that it would cost to be released. and I was released. my dad came to me sitting outside and I got in my truck and drove home. still groggy I almost wrecked my truck. I called Andy the next day because he was my squad leader. I knew that I had to report up the chain and he told me not to say anything to anyone and he would take care of it. A couple days later I heard him and Jeanette talking about a discussion that I had only with one person and since I was aware of what could be done with my phone, I had bought a new phone to rectify the situation. By this time, I had changed my phone multiple times and one evening I had a talk with my kids' mother, and she was upset about the fact that I had changed my phone number so many times and while we spoke, she started crying and said that we wasn't that bad to each other. I told her that I was sorry about things and later that week I told her why I had changed my phone so many times. The next day Jeanette told me that my ex-wife still loved me. I knew then that something was up.

The very next day I was at work at ECS 33 I went to get a work order and left my bay to get the equipment I was to service; the only difference was that I had left my smokes and my phone at the desk. when I came to my bay to sneak a smoke break while getting my truck, I had noticed Andy Reffitt taking my phone apart to see the back of it and brought it to his attention. His words where you keep your friends close and your enemies closer. I was floored that My Squad leader would say such a thing to me. At this time, I had already been put on restriction because alcohol use had made me late multiple times. I was very good at my civilian job and would wipe my toolbox down every evening before we all left. I would come in the next morning and find fingerprints all over my toolbox. I have family in law enforcement and a few that are U.S. Marshals and I knew that emery dust is very similar to the same thing that the police use to make fingerprints show. I was late a couple times due missing my alarm because of my alcohol consumption and was put on 5, 8 hour shifts instead of my normal 4 10's and by the end of the week I was to go on orders to Indiana for our AT. I stopped drinking before AT, since I decided to stop drinking alcohol and would sweat because of it.

When we all got to the barracks that we would be staying Andy Reffit and Patrick Rist did a Health and welfare check on me and me alone. well. during our stay in Indiana my phone was still being monitored I had already done a lot of research and I had discovered phone codes. There are certain phone codes that would allow me to know if my phone is redirecting to anything other than what the message or call was sent to and I knew because after typing the code it would show the I.P or the IMEI and Mac Addresses to the electronics in question. For example, if you grab your phone you can go to the dialer of your phone and type *#06# (this code will give you your phones IMEI number) (this is your phones very specific number. No other phone will have this number.

I talked to Mahala about it thinking that she was doing it again and it put us back to where we started. When we returned from Indiana I continued work like normal. I had told Mahala that I was going to come see her and give her a birthday present. She never said I could or couldn't and during Indiana I had paid our old car payments 3 payments behind approx. 1000$ for her and even got her insurance back on track which was about 500$. I also knew her work schedule and didn't think it would cause any harm to go see her. The only thing I questioned was why did Mahala have to lie about the phone stuff that I brought to her attention. I went to Lawrence to get my daughters for my normal weekend and told Adam Kuensch the boyfriend she complained about while in Indiana that her and I had been talking and I

was coming to see her the day I left for Lawrence. I stopped by Mahala's work at the Merc with her gifts and birthday card.

I noticed that she had been crying and came to her gave her a hug and presented her gifts. She told me she did not have time for this, and I left knowing that I was being kept a secret from her boyfriend. More aware about Reffit and Rist and not drinking alcohol as much as I had in the past, I was ready to get my life back on track. I received word that my secret clearance had been approved and I could finally go to 88N before we deployed. Patrick Rist texted me of the approval and it was IPERM'd into my file. I checked it and physically seen it in Iperms. I would speak with Shawna Landers on multiple occasions about what was going on and I had to leave again for school. So, asked her for a copy of my toolboxes inventory so I could make sure everything was there prior to leaving. 3 days before I left for November school, I had been given a PFA that was full of bogus accusations stating that I through myself on her ect. Knowing that I wanted to rectify the False report that was given to the Lawrence P.D. I went and wrote a letter to the court trustee asking to reschedule the PFA so I could be there. I left for VA the next day.
Before I went to VA for 88N school I would take my keys to my toolbox home because it was a specific key and if Reffit couldn't have it then I knew my tools would be accounted for. I got in trouble for doing so by the WL and had to return the keys to the key track system box because it was a security issue. Annoyed at this I made a complaint to the 88th RSC about the entire situation and on the very next day Andy Reffit had a new computer and a new phone. After the report and with Andy having a new phone and computer I was so Frustrated and baffled that my report was completely over looked like I was being paranoid and was even told so on multiple occasions at this point. I was told by an inspector at ECS they could request a UA and I told them all to go ahead.

I knew the rules for my civilian employment, and I knew my regulations but was prepared for them to send me, they never did. I knew that the people were reaching, and I knew I was clean. After this talk, I got a message from Mahala telling me that I should not have sent that email to her and that I was posing as a NCO. I had no idea what she was talking about and still to this day do not know what this email says but it will definitely come up again. At this point I would talk to Shawna Landers and one MSG Taylor, I hold him is such high regard that I honestly told him that I was not prepared for a deployment. He told me to hold out and go with him.

So, I did very reluctantly. While I was in VA I rocked 88N school both phases and was actually ahead of the class. I understood weights, lengths and was doing more practical exercises than any of the other students. It was to a point that I was moving multiple battalions, with multiple UIC's and managed to pack the movements requests with ease. I had a really good grasp of Jopes TC Aims ect and understood all aspects of how the movements were to be executed as I was told that 88N are the largest loss in the military process. I was at the top of the class again even with everything. I had even showed some people how they could see their Facebook stalkers by looking at the background coding on Facebook. (I have Andy Reffit, Mahala Hacker and Patrick Rist for this knowledge) The reason I have them to thank for the knowledge is because when I don't understand something, I learn it and all aspects of how it's done so I would know what was happening and how it is happening. While showing these few people how to do it. I would use my Facebook as an example and Patrick Rist's name would always be my number one stalker, Andy was number 2 and then I would see my mothers name at number 3. When I returned home, I was still messed up from all of the homework and realizing everything that is going on around me.

But I am very resilient both mentally and physically, if I don't understand something, I read about it, I do my homework. Once I read it I understand it. Once I do it I KNOW it. It has always been this way with me. Trying to figure out what I was going to do and with my license on the line and having a Interlock in my truck it was only the norm that things were going to get much worse. My decision to solve all of this was to resign. So I did, I wrote Cy nightingale my formal resignation from ECS 33 and I figured this would make things go back to normal and I could continue with my life and put this all behind me. While

in VA I still tried to pay Discover, I would still contact Mahala trying to find out the outcome, if any, about what happened with the PFA in Douglas county. I even called Douglas county court trustee and they would not return my calls and for a good 7 months of this PFA I have been violating it. I am now in a catch 22 I would have to disregard one of the two court orders and I can not seem to get either of them handled. I had just enough time to get home and it was time for me to go to IRAQ. With just enough time to spend with my family before I left.

I went to see them. I would see my uncle Travis, this is where I met Karl Landon, and his mother. The reason I was even associated with these two was because I was trying to save my cousin Ashley Johnson who had the most wonderful son. I was trying to help her get her life on track, her, and others in my family that have major drug problems. Karl (Dwayne) Landon or how I understand it is he helps sick addicted people get better. But in my short time with this guy I realized the complete opposite. He kept my cousin addicted and while he was keeping her completely lost with drugs his mother, would be going through the process of taking children from their mother. They have been doing this to multiple woman and it was really disturbing to me. I was trying to help my cousin and I love her so much, but I could not be there for her all the time. Her brother and I was trying to adopt little Gracen and we both were being shielded from being able to by the Lardons. Gracen now lives with someone in the Landon's family and In both me and Cody Johnson's eyes we were both fit to have Gracen in our care but we were denied. I was deploying and was not fit, and Cody was a welder and single parent and deemed unfit. It was this group of people that I realized what was going on in Abilene with children and not just my cousin's child. This has been going on for much longer.

With my hands tied I had to leave for Iraq and Gracen was lost. When I called out Karl Landon in person about my discovery my uncle was in the same boat, he is a lifetime felon. I can not change that. I can choose my friends, but I can not choose my family. The police showed up one night and forced their way into my uncle's house without a warrant and the police there that night had my military ID and could not believe that my uncle Travis was related to me. During all of this this was the very first time that I was introduced to Ashley Robinson and her boyfriend Eric. I knew something was off by these two but by this time I was packed and my seat on the bird was calling.

I had helped SGT Rist put together our files for Fort Hood. I am Ammo Handler and the Armorer. On our way to Topeka Rist had told me that his is rich beyond belief and he proceeded to tell me how to hide money by putting it under peoples name so that it could never lead to you. We got the two m16s we needed and came home still talking about his wealth and how to conceal money. We left for Fort Hood SGT Volrath and SPC Kennedy/Volrath had made IG complaints about their information being skewed or lost. Rist was the one doing all of the paperwork, but he was more concerned with being part of the Command team that he would just half ass his paperwork which led to this report. We got most of it ironed out and we all had to get on the bird that jumped the pond. Kuwait was hot but not my final destination. Once again, I was told that I would be working right next to SSG Reffit per his request, ultimately it was the commands final decision but I knew his word still carried weight despite all of the things that was being said.

I would be in IRAQ more specifically Erbil. I was in charge of the Yard and MSG Taylor put Reffit in his place because he was overworking me to a point that I if I kept going at this pace, I was surely to make a mistake at one point or hurt myself or worse. A very specific example was where 3 truck loads of water came into the yard and SSG Reffit had water placed all over the yard. He told me to wait in the office and that there was a method to his madness. I did as I was told by the SSG because I lacked the rank to rebuttal. I stressed my concerns, but nothing will work with this guy. Once all of the water was all over the place he left. Saying that this mission has already been a catastrophic failure. Well, I disagreed with this, and I stayed there until it was 1230 and slept in the cab of the fork lift. Woke up at 04 and finished cleaning up his mess because Trucks where coming that day.

I increased the yard capacity I cleaned up all of the environmental mess. Batteries tires you name it. I coordinated with the civilian contractors that worked there. I met Bruce he worked container management. He had caught wind of my nickname that some soldiers called me…. "Cap" as Captain Steve Rogers or America. I had gained the respect for my MHE skills and my ability to just make things happen. I still believe that Captain Rogers has a connex in my next area. I was talking with multiple people Cpt Reed of SOJTF really appreciated me because I was running this yard for 30 days like a well-oiled machine… I knew what was going on and did not need SSG Reffit. I was fixing his mistakes and he just wanted to make my life miserable. I was trying to get all of the 463L out of there and I was walking all over that installation to get things done. I was with MSG Taylor when I was working on a truck and flatbed to get it started. I did get it started and I was about to make my life so SO much easier. MSG Taylor was trying to help me when SSG Reffit started in on me. Apparently Reffit did not see Taylor because he started in on me and MSG Taylor stepped in because he seen what was going of. My command did not want me to leave Erbil, Reffit was still spreading lies about me to everyone he could. I just let my actions speak louder than his words. I was needed elsewhere and after a rather lengthy discussion with SOJTF Congratulations I am now slated to go to Syria.

I got Bruce to give Cpt Rogers a connex and I filled it with Class 4 materials that I was gifted from another MSG Eaves who ran that yard. I was also told that a few Toyota Land Cruiser where to go that way so I did not see the issue with sending one with keys to Syria with me and it was sent back to Erbil once we received another Vick to use per Cpt Anderson of the FLE. I got to the CRSP yard in Kobani Landing Zone Syria. It was in shambles and for the next 30 days I put in so much work. I increased flow. Built a home for me SGT Rohrer, and SSG Henle. We had a loft and before we knew it.

We had a whole place all to ourselves and even received another 88M SPC Guiher who is now stationed in Colorado. He reminded me of me at his age. Willing to put in the work and was just an outstanding soldier and even to this day I believe this young man has what it takes to make the ARMY proud. I received the Bronze Star for all of my accomplishments and received literally a coin for every month I was there. 9.3 9.5 and 9.7 had nothing but respect for me because I was a no bullshit get it done kind of soldier. During my stay in Syria I caught wind that SGT Rist had an injury and during our Facebook conversations he told me he needed surgery on his leg. He did not want surgery in Germany so Rist was sent back to the states where he would not get surgery he was in the 378 office on his own and only him with no accountability of what he could do. He then went to the philippines during our deployment.

It was about half way through my deployment that I had to call Cpt Myers because my security clearance was being revoked and I filled out everything in my rebuttal and left it in the hands of Jag Officer MAJ Hermann; The accusation was that I had written an email impersonating a Senior NCO(I wish I at least knew what was in the contents of this email.). Mahala had also contacted me again distraught I decided to trust her, and we would talk more and more. It was only an outside source Carlee Voit informed me that Mahala and Krystal had told her that they had stolen my accounts long ago and informed me that their plan was to have me thrown in jail for breaking a PFA. I had given Mahala so much money by this point I couldn't stand anymore lies.

 I had told SSG Henle about Reffit and what he had done as well as SPC Guiher and SGT Rohrer. I had received character statements about me, and I am still fighting all of this to this day. I also told the about Mahala and the same story that I am telling you know. By the end of my deployment I had met Delta and Special Forces. These guys don't play around and was impressed with my capabilities that they even asked me to go to selection and become an Engineer for them just because of what I knew and what I was capable of. Reffit was very salty when I received the Bronze Star and he even through away his AAM in front of our very own 378 Cpt Myers. Upon returning home I was so happy that it was all over.

I had done so much to be proud of and I had everything I needed for Warrant Officer. I have 2 Warrant Officer recommendation letters, I have all of the NCOER's that I need, and I also have the Maintenance experience needed for me to be either movement or maintenance warrant; I was just lacking ALC. I was

informed that I would have first preference to go and I was ready. Come to find out SGT Rist took my seat and now I am now waiting for ALC in August of this year. Almost an entire year. I got home spent some time with my children and fixed my dodge back to it's perfection. There was nothing wrong with my truck. I have a chiltons manual and made sure that everything was on point because it was my dream truck. After I fixed my truck, I was spending some time trying to catch up with the rest of my family and I wanted to find Ashley so I started at my Aunt Melissa's because that is her mother. It was then that I met Ashley again. After a few visits I heard her talking to Eric that she was going to sleep with me and ruin my life. I did have Ashley in my house because I needed to get a feel for what was so off with this girl.

I was on orders to help the HHD put together the medical and finance packets for them and spent three weeks Rist was the one that offered me orders and I have been in and out of jail for driving on a suspended license. I had a valid driver license and I have been fighting them all. They are all being pleaded down to no license on person because I have proof of completing the interlock. I finally could get my truck tagged went with my daughter to get my truck tagged and the lady told me that there was a hold on my truck for multiple hit and runs, leaving the scene of the accident and that my license was suspended for failure to uphold the interlock. I spoke with my family and they told me that I had to contact Topeka to dispute the bogus accusations that have magically appeared on my driving record. My father has been driving me everywhere and I am out of all of my deployment money from fighting all of this. On our way to Topeka and being on hold for 2 hours I spoke with a lady in the office and she deleted some of the things on my driving record because there is no CAD report there is no accident there is not person or police officer that made the report. All that it shows is my DL# and my truck. I since then have my DL back and was working still trying to get everything back to the way it was when I left.

I am getting out of all of it and I am out of money and feel like I am out of time. I would stay with my Aunt Melissa some nights and Ashley borrowed my truck one day because they did not have a good vehicle. She had made a key to my truck and they have tampered with my truck that currently sits in its state. I believe that she has been in contact with Karl Landon because I ratchet strapped my truck together that you could not get in it. They have used a very thin knife to enter the back-sliding window, so I used my pry bar to keep this from happening and that's when one night that I was ratchet strapping my truck and walked my way out of the truck. I knew you could not get in this truck. But that is when Ashley and Eric came outside Ashley darted around the corner of my aunt's house but eric showed me the police grade snake and they snaked my truck with a camera the side view mirror is proof, and all of my vents were to one position.

I have physically seen these people in my truck, and I reported it. Nothing has been done and she still lives with my aunt and I refuse to go there or to anyone else's house. I will not fix my truck because it is evidence. I called crime stoppers and spoke with Deputy Sheriff Mark Longbine of the I-70 drug task force about all of this. 2 days later my tire blew out of my truck, not the tire the entire tire, rim and all I almost died because my trucks tail end flew up and it tried to flip but I was able to control the flip. I do not believe that a regular driver would have been able to control it. Upon fixing that one particular area it was then I noticed that not only my suspension was messed with to create a death wobble, my truck is missing the spacer ring to the CV shaft as well as my lug nuts on my truck and my parents' truck is missing. My sister later found the lug nuts at the stop sign down the road. my truck is just not safe to drive anymore I don't know what all has been done to my truck. I was still on these orders and the police have been following me around I called SGT Rist to tell him everything that was going on and that I think opsec has happened, but he put me on speakerphone and when I finally got to my duty station SGT yelled down the hallway that I was on meth and that I was paranoid.

While trying to hit my suspense time for these orders SGT Rist came to me and handed me my file that I printed out for him personally and he said that it was everything that he had on me. I said thanks and didn't pay any attention to my file at this time because I was trying so hard to get my task done. After

my orders were completed and for the first time in my military career, I did not make my suspense time. I started to look at the file that SGT Rist gave me, and I am missing my and my daughters and my ex-wife's ss cards birth certificates all PII is missing from the files and it is a lot of printouts of the same thing. I have brought this up to SSG Alcon of the 77th and to Captain Mellius my new commander. I went with my father to meet with Detective Mellius of Topeka PD and told him about the OPSEC TARP the PII missing, he suggested that I seemed paranoid delusional and that I needed to go to the VA for a mental evaluation. I do not need a mental eval I am being railroaded and I am out of funds and for the first time in my life; I need help. I have always been self-sufficient. I'm fighting something that I don't think I can overcome alone. I have been to jail for fake police reports, and my driving record my credit everything destroyed.

I have NEVER been in this kind of situation in my entire life and to be honest... My Name... has been destroyed and they tried to destroy the man with my truck to make it look like an accident. Everything I have been working so hard to fix is being slammed my digital life is in quicksand and the more I would move the more I sink. I am extremely concerned for daughters, my parents, and my wellbeing. I have called 1 800 call spy I have talked to jag am speaking with MP's and I am talking to you. My father even made a report. I need help. My Name is Sgt Chase A. Thomas. I approve this to be 100% accurate and truthful to the very best of my Ability. Do you understand what kind of soldier you have in front of you now....Bronze Star and I have spent a lifetime being spit on by Douglas County, lies from my ex wife who made 12000 dollars off of my pain, Lahla Hunsaker who has just taken all of my rights to my children and the State of Kansas that has been lied to.

//////////////////////////////////////////////NOTHING ELSE FOLLOWS//////////////////////////////////////////////

This is getting finished and I am sending it to the mayor and my favorite group of 3 digit guys... as this is a matter for National Security...

*[signature]*                                   3rd APR 2024

NOTARY PUBLIC - State of Kansas
KATHERINE L FAULKNER
My Appt. Exp. 4-17-27
County of Dickinson

*[signature]* Katherine L. Faulkner
4-3-24