Impression:

1. Normal brain.

2. Pansinusitis greatest in the ethmoid air cells.

Impression:
1. Degenerative disc disease at C5-6 with right lateral posterior disc protrusion encroaching upon the lateral recess and right foraminal zone. There is also low profile disc bulging to the left of midline at this level. The vertebral canal and left C6 neural foramina appear adequate.  2. Degenerative disc disease with broad-based but asymmetric posterior disc bulging greatest far laterally on the left with some mild encroachment upon the left C7 neuroforamen.  3. Mild tonsillar ectopia, unlikely to be clinically significant.

MRI TSP:

Impression:
1. Mild low profile disc bulging at several thoracic levels including T2-3 and T3-4, and T6-7.  2. There is a Schmorl's node at T12-L1 extending into the inferior endplate of T12. There is no associated active inflammation.

MRI LSP:

Impression:

1. No disc herniation or spinal stenosis. No explanation for the patient's right radiculopathy.

2. Degenerative disc disease L2-3. Mild degenerative facet arthropathy at several levels.

Primary Diagnostic Code: NO ALERT REQUIRED

Primary Interpreting Staff:
  KELLY Z HART, Staff Physician (Verifier)
/KZH