



## Certificate of Mailing

## (Rule 29.2)

## Declaration of Chase A. Thomas

I, Chase Allen Thomas, do hereby declare under penalty of perjury that:

1. I am a Decorated Veteran of the United States Army Reserve filing a petition in accordance with the rules and laws governed in the state of Kansas; To the United States Supreme Court of the District of Kansas.

2. I am over the age of 18 and on the 10th day of May 2024. I sent via certified mail a Petition to the Federal Offices of the Honorable Attorney General Kris Kobach.

Dated: 10th day of May 2024

/s/ Chase Allen Thomas

MAY 10, 2024

## Certificate of Notary

State of Kansas
County of Douglas
Signed and sworn to before me on May 10, 2024 by CHASE THOMAS.

Melissa Fisher Isaacs
Notary Public

[Notary Seal: MELISSA FISHER ISAACS, NOTARY PUBLIC, STATE OF KANSAS, My Appt. Expires 8-17-2026]

## IN THE UNITED STATES SUPREME COURT

### DISTRICT OF KANSAS

**IN THE MATTER OF**

**THOMAS**           (
                     (
                     (
**V.**               (           Civil Action No. 5:24-cv-04038-HLT-RES
                     (
                     (
**KANSAS**           (

### PETITION

1. Comes now Chase Allen Thomas. Petitioner in the above captioned matter moving for judicial review and declaratory relief in consideration to the unconstitutional and unethical procedures pressed upon the plaintiff by the Salina Drug Task Force.

2. In accordance with title 42 1983 Deprivation of Rights in conjunction with Whistle Blower Protection Act of 1989 Plaintiff offers the following to writ.

3. Over the course of 7 years and returning home a decorated soldier who has served his country proudly has been subjected to a unanimous amount of reprisal assault, property damage sexual assault including murder of Jason Lathom. All from unethical maneuverers condoned undercover Salina Drug Task Force.

4. These unconstitutional attacks have been reported by the plaintiff of whom has been sexually assaulted from the reports that have been made over the course of 7 years.

5. Plaintiff offers evidence for the claims that was reported on the 4th day of April concerning the rape plaintiff was subjected to on the 31st day of March 2023. No action was taken after the report made in the Salina Police department.

6. Plaintiff has written government officials to mitigate the violent activities, aggressive targeting and physical assaults taking place.

7. Plaintiff has exhausted all avenues of appeal and redress.
8. Plaintiff seeks immediate declaratory relief over these events in the amount of 1000000000 for the mental, emotional, and physical damages that have been placed against him.

Chase Allen Thomas
t.enterprises.llc@icloud.com
chase.a.thomas14.mil@army.mil
1.785.253.1274

Impression:

1. Normal brain.

2. Pansinusitis greatest in the ethmoid air cells.

Impression:
1. Degenerative disc disease at C5-6 with right lateral posterior disc protrusion encroaching upon the lateral recess and right foraminal zone. There is also low profile disc bulging to the left of midline at this level. The vertebral canal and left C6 neural foramina appear adequate.  2. Degenerative disc disease with broad-based but asymmetric posterior disc bulging greatest far laterally on the left with some mild encroachment upon the left C7 neuroforamen.  3. Mild tonsillar ectopia, unlikely to be clinically significant.

MRI TSP:

Impression:
1. Mild low profile disc bulging at several thoracic levels including T2-3 and T3-4, and T6-7.  2. There is a Schmorl's node at T12-L1 extending into the inferior endplate of T12. There is no associated active inflammation.

MRI LSP:

Impression:

1. No disc herniation or spinal stenosis. No explanation for the patient's right radiculopathy.

2. Degenerative disc disease L2-3. Mild degenerative facet arthropathy at several levels.

Primary Diagnostic Code: NO ALERT REQUIRED

Primary Interpreting Staff:
  KELLY Z HART, Staff Physician (Verifier)
/KZH